IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| **Civil Action No.** 07-cv-02647-REB-BNB | FTR BNB COURTROOM A-401 |
|---|---|
| **Date:** February 19, 2008 | Geneva D. Mattei, Deputy Clerk |

| JOHN CORRIGAN, | Donna Dell'Olio by telephone |
|---|---|

Plaintiff,

v.

ACADEMY SCHOOL DISTRICT 20,

Defendant

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 1:31 p.m.

Court calls case.

Appearance by counsel.

Court questions the counsel regarding the status of the case.

Counsel informs the Court..

**ORDERED: Notice of settlement and Motion for stay by plaintiff filed February 12, 2008; Doc 4 is denied with leave to file, on or before, February 26, 2008, a motion to to close administratively the case pending the performance of the settlement terms.**

Court in Recess: 1:34 p.m. Hearing concluded.

Total time in Court: 00:03

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting (303) 825-6119.