IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02647-REB-BNB

JOHN CORRIGAN,

Plaintiff,

v.

ACADEMY SCHOOL DISTRICT 20,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Notice of Settlement and Motion for Stay** [Doc. # 4, filed 2/12/2008]. Consistent with matters discussed today at a status conference:

IT IS ORDERED that the request for a stay is DENIED with leave to file, on or before **February 26, 2008**, a motion to administratively close the case pending performance of the settlement terms.

Dated February 19, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge