**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-02647-REB-BNB

JOHN CORRIGAN,

     Plaintiff,

v.

ACADEMY SCHOOL DISTRICT 20,

     Defendant.

---

## ORDER OF ADMINISTRATIVE CLOSURE

---

**Blackburn, J.**

     The matter before me is plaintiff's **Motion To Administratively Close Case** [#9], filed February 19, 2008.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be closed administratively subject to reopening for good cause under **D.C.COLO.LCivR 41.2**.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Motion To Administratively Close Case** [#9], filed February 19, 2008, is **GRANTED**;

     2.  That the parties shall file their dismissal documents on or before **June 30, 2008**; and

     3.  That under **D.C.COLO.LCivR 41.2** the clerk is **DIRECTED** to close this action **ADMINISTRATIVELY**, subject to reopening for good cause.

     Dated February 20, 2008, at Denver, Colorado.

                            **BY THE COURT:**

                            **s/ Robert E. Blackburn**
                            **Robert E. Blackburn**
                            **United States District Judge**