IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02647-REB-BNB

JOHN CORRIGAN,

    Plaintiff,

v.

ACADEMY SCHOOL DISTRICT 20,

    Defendant.

## ORDER

**Blackburn, J.**

The matter comes before the court on the parties' **Joint Stipulated Motion To Dismiss With Prejudice** [#11] filed September 17, 2008. This case was closed administratively pursuant to the **Motion to Administratively Close Case** [#9] filed February 19, 2008. The court entered its **Order of Administrative Closure** [#10] on February 20, 2008. The plaintiff now requests that this court dismiss this case with prejudice. Good cause to re-open the case under D.C.COLO.LCivR 41.2 has been shown.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That pursuant to D.C.COLO.LCivR 41.2, this case is **RE-OPENED**;

    2. That the **Joint Stipulated Motion To Dismiss With Prejudice** [#11] filed September 17, 2008, is **GRANTED**; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 16, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**